Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAINBOW SHOPS, a New York corporation; *et al*.<br><br>Defendants. | Case No.: 2:17-cv-08851-PA (SKx)<br><u>Hon. Percy Anderson Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS THE ACTION WITHOUT PREJUDICE** |

**[PROPOSED] ORDER:**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed *without prejudice* against the Defendants, including, but not limited to Rainbow USA, Inc. (incorrectly sued herein as "Rainbow Shops") and/or its affiliates, (hereinafter, collectively referred to as "Rainbow"), together with all claims and/or causes of action arising therefrom pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. This dismissal of the action *without* prejudice may be converted to a dismissal *with* prejudice at a later date; and

3. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with the action.

IT IS SO ORDERED.

Date: July 11, 2018    By: _____
                          PERCY ANDERSON
                          UNITED STATES DISTRICT JUDGE