UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAINBOW SHOPS, a New York Corporation; JUST ONE, LLC, a New York limited liability company; KAHINI FASHION, LLC, a Washington limited liability company; SWEET CLAIRE, INC., a California corporation; and DOES 1 through 10,<br><br>Defendants. | CASE No. 2:17-cv-08851-PA-SK<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE**<br><br>Honorable Percy Anderson<br>Presiding Judge<br><br>Honorable Steve Kim<br>Magistrate Judge<br><br>Action Filed: December 07, 2017<br>Trial Date: November 20, 2018 |

1317.040\9990

[PROPOSED] ORDER DISMISSING THE ACTION WITH PREJUDICE

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed *with* prejudice against all Defendants, including, but not limited to Just One LLC ("Just One") and Rainbow USA, Inc. (incorrectly sued herein as "Rainbow Shops") and/or its affiliates (hereinafter, collectively referred to as "Rainbow"), together with all claims and/or causes of action arising therefrom pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with the dismissed claims and causes of action.

**IT IS SO ORDERED.**

DATED: September 4, 2018

_____
Percy Anderson
United States District Judge